UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
RODNEY ROLLINS,

        Plaintiff,

v.

FEDEX GROUND PACKAGE SYSTEM, INC.,

        Defendant.
------------------------------------------------------------- x

Case No. 21-CV-1757 (RPK) (TAM)

**DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL BY MELISSA J. CAMIRE, ESQ.**

MELISSA J. CAMIRE, being duly sworn, deposes and states, pursuant to 28 U.S.C. § 1746:

1. I represent the Defendant FedEx Ground Package System, Inc. ("FedEx Ground") in the above-referenced matter. I submit this declaration in support of the instant Motion to Withdraw as Counsel of Record.

2. The Defendant FedEx Ground will continue to be represented by Fisher Phillips LLP in this matter through Amanda M. Blair, who has filed her Notice of Appearance (ECF # 12). David Kiefer, permitted to appear *pro hac vice* on behalf of FedEx Ground will also continue to represent Defendant. Accordingly, my withdrawal will not impact any deadlines currently set in this action.

3. I am not asserting a retaining or charging lien.

4. Accordingly, I respectfully request Your Honor grant the instant Motion to Withdraw as Counsel and terminate my appearance on the docket.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       July 27, 2021

          Respectfully submitted,

          **FISHER & PHILLIPS, LLP**

          By: <u>*/s/ Melissa J. Camire*</u>
          Melissa J. Camire
          The New York Times Building
          620 8th Avenue, 36th Floor
          New York, NY 10018
          mcamire@fisherphillips.com
          Tel.: (212) 899-9965
          Fax: (212) 956-1971